**FILED**
UNITED STATES DISTRICT COURT
DENVER. COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**MAR 16 2021**

JEFFREY P. COLWELL
**CLERK**

Civil Action No. _____

(To be supplied by the court)

DEMAND for Jury Trial
Requested

DWIGHT PHILLIP BIVENS _____, Plaintiff

v.

JOHN MCGAUGH, A DOCTOR DO _____,

BLAIKE, A CORRECTIONAL OFFICER _____,

GUARDNO, A CORRECTIONAL LIEUTENANT,

BATSON, A CORRECTIONAL LIEUTENANT ___, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

**PRISONER COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

DWIGHT PHILLIP BIVENS, # 75775-408

FCI FLORENCE, PO BOX 6000, FLORENCE, CO 81226

(Name, prisoner identification number, and complete mailing address)

PLAINTIFF IS A TRANSGENDER whom IDENTIFIES AS FEMALE, SHE IDENTIFIES HERSELF UNDER THE ALIAS: CHINA

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

_____ Pretrial detainee
_____ Civilly committed detainee
_____ Immigration detainee
_____ Convicted and sentenced state prisoner
__✓__ Convicted and sentenced federal prisoner
_____ Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    MCGAUGH, MEDICAL PROVIDER DOCTOR, FEDERAL CORRECTIONAL
(Name, job title, and complete mailing address)

INSTITUTION, PO BOX 6000, FLORENCE, CO 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  __✓__ Yes ___ No (*check one*). Briefly explain:

MCGAUGH WAS ON DUTY AS MEDICAL PROVIDER

DOCTOR.

Defendant 1 is being sued in his/her __✓__ individual and/or ___ official capacity.

2

ATTACHMENT FOR SECTION B LIST OF DEFENDANTS

DEFENDANT 4. BATSON A CORRECTIONAL LIEUTENANT, FEDERAL
CORRECTIONAL INSTITUTION, PO BOX 6000, FLORENCE
CO 81226

DEFENDANT 4 WAS ACTING UNDER THE COLOR
OF FEDERAL LAW AT THE TIME OF THE CLAIM:
DEFENDANT 4 IS BEING SUED IN HIS INDIVIDUAL
CAPACITY.

Defendant 2: *BLAIKE, CORRECTIONAL OFFICER, FEDERAL CORRECTIONAL*
(Name, job title, and complete mailing address)

*INSTITUTION, PO BOX 6000, FLORENCE, CO 81226*

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*).  Briefly explain:

*BLAIKE WAS ON DUTY AS A CORRECTIONAL*

*OFFICER.*

Defendant 2 is being sued in his/her ✓ individual and/or ___ official capacity.

Defendant 3: *GUARDNIO, CORRECTIONAL LIEUTENANT, FEDERAL CORRECTIONAL*
(Name, job title, and complete mailing address)

*INSTITUTION, PO BOX 6000, FLORENCE, CO 81226*

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*).  Briefly explain:

*GUARDNO WAS ON DUTY AS A CORRECTIONAL*

*LIEUTENANT*

Defendant 3 is being sued in his/her ✓ individual and/or ___ official capacity.

*"SEE ATTACHMENT FOR SECTION B"*

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___   42 U.S.C. § 1983 (state, county, and municipal defendants)

✓   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___   Other: (*please identify*) _____

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: EIGHTH AMENDMENT VIOLATIONS

Supporting facts: PLAINTIFF IS AN TRANSGENDER UNDER-GOING HORMONE REPLACEMENT THERAPY. ON OR ABOUT 06-05-20 DEFENDANT JOHN MCGAUGH, DOCTOR, DECREASED OR OTHERWISE MODIFIED PLAINTIFF'S HORMONE REPLACEMENT MEDICATION. AS A RESULT PLAINTIFF SUFFERED AN EXTREME ADVERSE REACTION TO HER LEFT AND RIGHT BREAST TISSUE AND SURROUNDING DERMIS. THIS CAUSED INTENSE PAIN TO THE BREAST TISSUE AND A PAINFUL OUTBREAK TO THE DERMIS OF THE BREASTS. ALL OF WHICH CONTRIBUTED TO PLAINTIFFS PHYSICAL PAIN AND SUFFERING, AS WELL AS PERMANENT SCARRING AND ONGOING MENTAL AND EMOTIONAL PAIN AND ANGUISH. UPON SUFFERING THIS ADVERSE OUTBREAK PLAINTIFF IMMEDIATELY NOTIFIED PRISON STAFF MEMBER MS. MCCULLEY REQUESTING EMERGENCY MEDICAL CARE. MCCULLEY NOTIFIED MEDICAL THAT I WAS SUFFERING AN ADVERSE REACTION TO THE MEDICATION AND REQUESTED MEDICAL ATTENTION. MEDICAL STAFF INFORMED MCCULLEY THAT THE MEDICAL REQUEST WOULD BE FORWARDED TO DR. MCGAUGH, AND THAT HE WOULD RESPOND TO SEE PLAINTIFF FOR MEDICAL EMERGENCY, HOWEVER DR. MCGAUGH DID NOT RESPOND TO PLAINTIFF'S REQUEST FOR MEDICAL CARE. AFTER NO RESPONSE FROM MEDICAL AND NO MEDICAL STAFF RESPONDING TO MCCULLEY'S REQUEST FOR MEDICAL ATTENTION FOR PLAINTIFF'S ADVERSE REACTION, MCCULLEY PLACED A SECOND CALL TO MEDICAL REQUESTING MEDICAL ATTENTION FOR PLAINTIFF. MEDICAL STAFF STATED SOMEONE WOULD BE SENT OVER TO CHECK ON PLAINTIFF, MEDICAL THEN SPECIFIED IT WOULD BE DR. MCGAUGH WHO WOULD BE OVER TO ADMINISTER CARE. HOWEVER DR MCGAUGH NEVER RESPONDED AND NEVER PROVIDED CARE. AS A DIRECT RESULT OF MCGAUGH FAILURE TO PROVIDE CARE PLAINTIFF SUFFERED PAIN, SUFFERING, AND PERMANENT PHYSICAL HARM DUE TO DEFENDANT MCGAUGH'S DELIBERATE INDIFFERENCE TO PLAINTIFFS OBVIOUS MEDICAL NEED.

4

ATTACHMENTS FOR SECTION D STATEMENT OF CLAIMS.

CLAIM TWO: EIGHTH AMENDMENT VIOLATIONS

PLAINTIFF IS AN TRANSGENDER UNDER-GOING HORMONE REPLACEMENT THERAPY. SHE HAS FEMALE SEX CHARACTERISTICS INCLUDING BREAST GROWTH. ON OR ABOUT 06-22-20 PLAINTIFF SUFFERED PHYSICAL SEXUAL ASSAULT BY CORRECTIONAL OFFICER BLAIKE. ON 06-22-20 PLAINTIFF AND HER CELL MATE WEST WERE BEING ESCORTED FROM THIER CELL BY DEFENDANT BLAIKE. OFFICER BLAIKE EXHIBITED INAPPRIATE SEXUALLY WANTON BEHAVIOR WHEN BLAIKE MADE REMARKS OF THE SEXUAL NATURE CONCERNING PLAINTIFF'S BREASTS AND BUTT. BLAIKE THEN STATED HE WANTED TO FEEL THEM AND REQUESTED PLAINTIFF TO "FACE THE WALL AND SUBMIT TO A PAT SEARCH" PLAINTIFF INFORMED BLAIKE SHE WAS NOT COMFORTABLE BEING SEARCHED BY A MALE OFFICER SEARCHING HER UPPER BODY. BLAIKE THEN DEMANDED PLAINTIFF SUBMIT TO A PAT SEARCH. AT WHICH TIME OFFICE BLAIKE CARESS PLAINTIFFS BODY UPON REACHING PLAINTIFF'S BREASTS BLAIKE PAINFULLY DUG HIS FINGERS INTO PLAINTIFF'S BREASTS GROPING AND SQUEEZING THEM. PLAINTIFF WAS CRYING IN PAIN. OFFICER BLAIKE LAUGHED AT THIS TIME. PETITIONER-PLAINTIFF ASSERTS THAT ANY SEXUAL ASSAULT OF A PRISONER BY A PRISON EMPLO CONSTITUTES CRUEL AND UNUSUAL PUNISHMENT.

CLAIM THREE: EIGHTH AMENDMENT VIOLATIONS

ON 07-15-20 AT APPROXIMATELY 0930 HOURS PLAINTIFF REPORTED OVER TO FCI FLORENC LIEUTENANTS OFFICE TO INQUIRE ABOUT MISSING PERSONAL PROPERTY. AT WHICH TIME I WAS CONFRONTED BY DEFENDANT GUARDNO, CORRECTIONAL LIEUTENANT WHOM CONFRONTED PLAINTIFF IN A LEWD AND LASCIVIOUS MANNER. WITH WANTON SEXUAL BEHAVIOR GUARDNO LOOKED PLAINTIFF UP AND DOWN IN A LEWD MANNER. STATING PLAINTIFF'S "CLOTHING WAS TOO TIGHT" AS THOUGH THAT WAS HIS REASON FOR LOOKING AT PLAINTIFF IN SEXUALLY AGRESSIVE MANNER. DEFENDANT GUARDNO THEN INSTRUCTED PLAINTIFF TO GO TO LAUNDRY TO TAKE OFF HER CLOTHES. PLAINTIFF FELT IN DANGER OF SEXUAL ASSUALT.

CLAIM FOUR: EIGHTH AMENDMENT VIOLATIONS.

ON 07-15-20 AT APROXIMATEY 1200 HOURS WHILE BEING ESCORTED TO THE SHU PROPERTY ROOM BY DEFENDANT BATSON, CORRECTIONAL LIEUTENANT. DEFENDANT BATSON ADDRESSED PLAINTIFF, WHO IS A TRANSGENDER AND IDENTIFIES AS FEMALE. BATSON ADDRESSED PLAINTIFF AS "HIM" I CORRECTED BATSON BY USING THE PROPER PRO-NOUN INFORMING BATSON TO ADDRESS PLAINT AS "SHE" NOT "HIM" BATSON THEN STATED "YOU HAVE A PENIS, DONT YOU? AND BEING HOUSED IN A MENS PRISON" NEVER SHOULD STAFF BELITTLE INMATES OVER SEXUAL IDENTITY NOR SHOULD STAFF REFER TO AN INMATE'S SEXUAL GENITALIA. VERBAL SEXUAL ABUSE CONSTITUTES CRUEL AND UNUSUAL PUNISHMENT

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ___ Yes ✓ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):

Docket number and court:

Claims raised:

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)

Reasons for dismissal, if dismissed:

Result on appeal, if appealed:



## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

    ✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

    ✓ Yes ___ No (*check one*)

5

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* WHEREFORE, PLAINTIFF REQUESTS THAT THIS COURT GRANT THE FOLLOWING RELIEF:

A. DECLARE THAT DEFENDANT McGAUGH VIOLATED PLAINTIFF'S EIGHTH AMENDMENT RIGHT TO MEDICAL CARE;

B. DECLARE THAT DEFENDANT BLAIKE VIOLATED PLAINTIFF'S EIGHTH AMENDMENT RIGHT TO BE FREE FROM SEXUAL ABUSE;

C. DECLARE THAT DEFENDANT GUARDNO VIOLATED PLAINTIFF'S EIGHTH AMENDMENT RIGHT TO BE FREE FROM SEXUAL ABUSE;

D. DECLARE THAT DEFENDANT BATSON VIOLATED PLAINTIFF'S EIGHTH AMENDMENT RIGHT TO BE FREE FROM SEXUAL ABUSE;

E. AWARD COMPENSATORY DAMAGES FOR PLAINTIFF'S PHYSICAL AND EMOTIONAL INJURIES, AND PUNATIVE DAMAGES AGAINST DEFENDANT; AND

F. GRANT PLAINTIFF SUCH OTHER RELIEF AS IT MAY APPEAR PLAINTIFF IS ENTITLED TO.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

3-10-2021
_____
(Date)

(Form Revised December 2017)

6

# AUTHORIZATION

I, __Dwight Bivens__, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): __Dwight Bivens__

Prisoner Signature: __D. Bivens__



CERTIFIED MAIL

7018 2290 0000 3307 2282

MAR 11 2021  USPS

Dwight P. Burns
Federal Reg. no. 75775-408
Federal Correctional Institution Florence
P.O. Box 6000
Florence, Co 81226-6009

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, Co 80294-3589

Legal Mail Exempt

